**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwight DUKES, a.k.a. "D",**
**Defendant–Appellant.**

**No. 12–14543**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 15, 2013.

Peggy Morris Ronca, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before: BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Dwight Dukes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dukes's conviction and sentence are **AFFIRMED.**